Application granted. The parties may adjourn the mediation scheduled for March 27, 2020 *sine die* pending the approval of conditional certification. The parties shall keep the Court updated on the status of their settlement discussions and promptly notify the Court if a settlement is reached. The parties may also request a referral to mediation again at any time.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 13, 2020

**MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/20

# MKC
## LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

March 12, 2020

Via ECF

Honorable Ronnie Abrams
United States Courthouse
Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

Re:   Lazo Lazo et al v. Gender Bais, Inc. et al
      Case No.: 1:19-cv-08572-RA

Dear Judge Abrams:

This office represents the Defendants in the above referenced matter. We write jointly with Plaintiff's counsel to request an adjournment of the mediation presently scheduled for March 27, 2020 *sine die*. As part of the parties' pre-mediation negotiations, the parties have consented to and there shall be a stipulation to the conditional certification of a collective action. At this time, the parties are currently working on the form of the proposed stipulation and form of collective notice and consent for the Court's approval. Once approved, the parties will be engaged in the exchange of documents for the named and opt in Plaintiffs. After the exchange of documents, the parties will be in a better position to discuss settlement; and in the event cannot come to a resolution amongst themselves, request permission to request a referral to mediation at that time.

We thank you for your consideration and kind courtesies in addressing this matter.

Respectfully Submitted,

*Michael K. Chong*
Michael K. Chong, Esq.

CC: Benjamin D. Weisberg, Esq. (Attorney for Plaintiff)

1